**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

August 24, 2020

Eric D. Schwartz, Esq.
Thomas W. Briggs, Jr., Esq.
Thomas P. Will, Esq.
MORRIS NICHOLS ARSHT & TUNNEL LLP
1201 North Market Street
Wilmington, Delaware 19801

Richard I.G. Jones, Jr., Esq.
Michael W. McDermott, Esq.
David B. Anthony, Esq.
Peter C. McGivney, Esq.
BERGER HARRIS LLP
1105 North Market Street
Wilmington, Delaware 19801

RE: *Searchlight CST, L.P. v. MediaMath Holdings, Inc.*, C.A. No. 2020-0652-SG

Dear Counsel:

I have the Defendant's "Motion for an Order Sealing TRO Hearing." The Motion seeks to place the entire hearing, scheduled for August 26, 2020, under seal. This Court does not conduct public hearings under seal. The concept is oxymoronic. To the extent that information necessarily disclosed in the TRO hearing scheduled for August 26, 2020 is subject to confidential treatment under Chancery Court Rule 5.1 (or otherwise) the parties may so indicate and the public (if any) may be briefly excused from the hearing. The public transcript may be treated likewise. Otherwise, the Motion is denied.

To the extent the foregoing requires an Order to take effect, IT IS SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*

Sam Glasscock III